UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RELIANT CARE MANAGEMENT COMPANY, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:10CV38 CDP |
| HEALTH SYSTEMS INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendants' motion for a protective order and for leave to conduct discovery [#16] is granted only as follows:

Plaintiffs shall respond to the outstanding discovery no later than April 15, 2010.

I will today separately enter plaintiff's proposed protective order, but that protective order is modified as follows: **Any discovery produced in this case may be used in the related state case.**

The motion is denied in all other respects.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2010.