FINANCIAL REPORTS PRODUCED BY DEFENDANTS

- Hillview Nursing & Rehab Operating Statistics 2008 HSI06959-6960
- Hillview Nursing & Rehab Operating Statistics 2009 HSI06961-6962
- Hillview Nursing & Rehab Operating Statistics 2010 HSI06963-6964
- Hillview Nursing & Rehab Residents HSI06965-6967
- Hillview Nursing & Rehab Schedule of Revenue and Expense - 2007 HSI06968-6975
- Hillview Nursing & Rehab Schedule of Revenue and Expense - 2008 HSI06993-7001
- Hillview Nursing & Rehab Schedule of Revenue and Expense - 2009 HSI06985-6992
- Hillview Nursing & Rehab Schedule of Revenue and Expense - 2010 HSI06976-6984
- Hillview Nursing & Rehab Balance Sheet - 2007 HSI07009-7011
- Hillview Nursing & Rehab Balance Sheet - 2008 HSI07012-7014
- Hillview Nursing & Rehab Balance Sheet - 2009 HSI07015-7017
- Hillview Nursing & Rehab Balance Sheet - 2009 HSI07018-7020
- Sweet Springs Villa Operating Statistics - 2010 HSI07288-7290
- Sweet Springs Villa Operating Statistics - 2009 HSI07291-7293
- Maries Manor Operating Statistics - 2010 HSI07294-7296
- Maries Manor Operating Statistics - 2009 HSI07297-7299
- Maries Manor Operating Statistics - 2008 HSI07300-7302
- St. Francois Manor Operating Statistics – March 2010 HSI07303-7305
- St. Francois Manor Operating Statistics - 2009 HSI07306-7308
- St. Francois Manor Operating Statistics - 2008 HSI07309-7311
- 2008 Revenue and Expense Schedules - ALL HSI07389-7426
- 2009 Revenue and Expense Schedules - ALL HSI07427-7464
- 2010 Revenue and Expense Schedules - ALL HSI07465-7502
- Daily Census HSI07503-7530
- Grand River Health Care Financial Statements - 2009 HSI07531-7537
- Grand River Health Care Financial Statements – 2010 HSI07538-7545
- Grand River Health Care Financial Statements – 2008 HSI07546-7552
- Hillview Nursing & Rehab Financial Statements – 2010 HSI07553-7560
- Maries Manor Financial Statements - 2010 HSI07561-7568
- St. Francois Manor Financial Statements - 2010 HSI07569-7576
- Sweet Springs Villa Financial Statements - 2010 HSI07577-7584

EXHIBIT A